# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Mengcheng Jin

**BANKRUPTCY NO.** 2:09−bk−34612−AA

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−4882
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:**  11/13/09

**Address:**
5355−5361 W Olympic & 955 Detroit
Los Angeles, CA 90036

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: November 13, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**11 / NV**